IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TYRAN LUCKEY,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:22-00511-KD-B |
| ) | |
| **RICHARD HETRICK, Warden,** ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated March 2023 (Doc. 4) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) and this Court's inherent authority, as it appears no lesser sanction will suffice due to Plaintiff Tyran Luckey's failure to prosecute this action and obey this Court's order.

**DONE** and **ORDERED** this the **3rd** day of **April 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**