## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TYRAN LUCKEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:22-00511-KD-B |
| | ) | |
| RICHARD HETRICK, Warden, | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) and this Court's inherent authority, as it appears no lesser sanction will suffice due to Plaintiff Tyran Luckey's failure to prosecute this action and obey this Court's order.

**DONE** and **ORDERED** this the **3rd** day of **April 2023.**

                                                    /s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**